IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT, III,

    Petitioner,

 vs.

GARY SWARTHOUT, Warden,

    Respondent.
                                            /

No. C 11-06690 YGR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE ANSWER**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition. Respondent now moves for an extension of time to file an answer. Good cause appearing, the request is GRANTED. Respondent's answer is due on **July 30, 2012**. Petitioner's traverse is due **sixty (60) days** after his receipt of the answer.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

DATED: July 9, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Grant6690.EOTanswer.wpd