**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSE GRANT, III,**<br>    **Petitioner,**<br>vs.<br>**GARY SWARTHOUT, Warden,**<br>    **Respondent.** | Case No.: 11-CV-6690 YGR<br><br>**ORDER CONTINUING STATUS HEARING** |

Based upon the Joint Status Statement re: Proposition 36 Resentence Petition, the Court **ORDERS** that the Stay entered May 16, 2013, is **DISSOLVED**.

The status hearing currently set for June 7, 2013, is **CONTINUED** to **Friday, July 12, 2013, at 9:01 a.m.** <u>Five days</u> in advance of that hearing, the parties shall file a joint status statement regarding release of Petitioner from custody and whether the instant action is moot. If the Court is satisfied with the statement, no appearance will be necessary.

**IT IS SO ORDERED**.

**Date: June 3, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**