**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSE GRANT, III,**<br><br>　　　　**Petitioner,**<br><br>　　vs.<br><br>**GARY SWARTHOUT, Warden,**<br><br>　　　　**Respondent.** | Case No.: 11-CV-6690 YGR<br><br>**ORDER CONTINUING STATUS HEARING** |

　　　Based upon the Joint Status Statement re: Proposition 36 Resentence Petition, the Court **ORDERS** that the Stay entered May 16, 2013, is **DISSOLVED**.

　　　The status hearing currently set for June 7, 2013, is **CONTINUED** to **Friday, July 12, 2013, at 9:01 a.m.**  <u>Five days</u> in advance of that hearing, the parties shall file a joint status statement regarding release of Petitioner from custody and whether the instant action is moot.  If the Court is satisfied with the statement, no appearance will be necessary.

　　　**IT IS SO ORDERED**.

**Date: June 3, 2013**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**