**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSE GRANT, III,**<br><br>        Petitioner,<br><br>    vs.<br><br>**GARY SWARTHOUT, Warden,**<br><br>        Respondent. | Case No.: 11-CV-6690 YGR<br><br>**ORDER DIRECTING PARTIES TO SUBMIT PROPOSED ORDERS** |

The Petition in this matter was filed by Petitioner Jesse Grant III, acting in pro se at the time, on December 29, 2011.  After having requested and received two extensions of time, Respondent filed his Answer to Order to Show Cause and Memorandum in Support of Answer on September 27, 2012.  Still acting in pro se, Petitioner filed his Traverse and supporting memorandum of points and authorities on November 19, 2012.  (Dkt. No. 14.)  That same day, a notice of appearance of counsel was filed, indicating that Petitioner is now represented by counsel William M. Robinson.  (Dkt. No. 15.)

The parties have represented that the matter before the Court is fully briefed and that Petitioner has been released from custody.  (Dkt. 21, ¶ 2, 4.)

The parties are directed to submit proposed orders, including specification as to the relief sought, no later than **September 10, 2013.**

**IT IS SO ORDERED**.

Date: August 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**