IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GRANT, III,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | Case No.: C 11-6690 YGR (PR)<br><br>**JUDGMENT** |

Pursuant to the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent.

IT IS SO ORDERED.

DATED:   February 19, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**